# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| Robert Ciarpaglini, et al. | ) | |
| Plaintiff, | ) ) | Case No: 1:17 CV 07430 |
| v. | ) ) ) | Judge: Iain D. Johnston |
| City of South Beloit Police Dept., et al. Defendants. | ) ) ) | |

## ORDER, REPORT AND RECOMMENDATION

      A status hearing was held on 11/17/2017. Plaintiff orally moves to voluntarily dismiss defendants: City of South Beloit Police Department, Dean Stiegemeier, Sgt. Adam Truman, Daniel Roggenbuck, and Taylor Ramsey with prejudice with leave to reinstate by 1/31/2018. Accordingly, it is this Court's Report and Recommendation that the plaintiff's oral motion under Rule 41(a)(2) be granted. Any objection must be filed by 12/4/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

      Briefing on defendant Tom Morrison's motion to dismiss [19] set as follows: the plaintiffs' response is due 12/11/2017, the defendant's reply is due 1/10/2018. The parties shall exchange Rule 26(a)(1) initial disclosures by 1/31/2018. All other discovery is stayed. Status hearing set for 3/16/2018 at 9:30 AM.

(:05)
Date: 11/20/2017                                       /s/ Iain D. Johnston
                                                                                              U.S. Magistrate Judge