## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Robert Ciarpaglini, et al., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 07430 |
| | ) | |
| City of South Beloit Police Dep't, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

### ORDER

Before the court is a report and recommendation ("R&R") [23] from the magistrate judge that this court grant plaintiffs' oral motion under Rule 41(a)(2) to voluntarily dismiss defendants City of South Beloit Police Department, Dean Stiegemeier, Sgt. Adam Truman, Daniel Roggenbuck, and Taylor Ramsey with prejudice with leave to reinstate by 1/31/2018. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiffs' motion. Defendants City of South Beloit Police Department, Dean Stiegemeier, Sgt. Adam Truman, Daniel Roggenbuck, and Taylor Ramsey are terminated from the case.

Date: 12/5/2017                                ENTER:

                                               _____
                                               FREDERICK J. KAPALA
                                               District Judge